| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: DePorre<br>Special Agent: Monfette, ATF | Telephone: (810) 766-5177<br>Telephone: (810) 341-5710 |
|---|---|---|

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>John Norris, | Case: 4:23−mj−30064<br>Assigned To : Ivy, Curtis, Jr<br>Assign. Date : 2/14/2023<br>Description: IN RE SEALED MATTER (kcm) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 1, 2023__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machine gun |

This criminal complaint is based on these facts:

There is probable that on or about December 1, 2023 defendant John Norris knowingly violated 18 U.S.C. § 922(o) illegal possession of a machine gun.

☑ Continued on the attached sheet.

*Complainant's signature*

Todd Monfette, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 14, 2023__

*Judge's signature*

City and state: __Flint, MI__    Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Todd Monfette, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, assigned to the Detroit Field Division since July 2017. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and/or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal street gangs and other violations of federal law.

## PURPOSE OF AFFIDAVIT

3.     The purpose of this affidavit is to establish probable cause that on or about December 1, 2022, in the Eastern District of Michigan, John Norris (DOB XX/XX/2001) violated 18 U.S.C. § 922(o) (illegal possession of a machine gun).

## PROBABLE CAUSE

4.     Other ATF agents and I are investigating Norris for possible federal firearm violations. As part of my investigation, I reviewed police reports documents regarding a traffic stop and the December 1, 2022, arrest of John Norris. As discussed below, during the stop, police recovered a Glock 17 pistol with a machine gun conversion kit installed, a Glock 19 pistol with a machine gun conversion kit installed, and approximately forty-six live rounds of 9mm ammunition.

5.     On December 1, 2022, Michigan State Police (MSP) Trooper Travis Fountain and Trooper Brett Sowers were on patrol in the city of Flint when they observed a gold Chevrolet Malibu with a tinted license plate cover that obstructed the view of the license plate and with an illegally tinted front passenger window. The Troopers positioned their fully marked patrol vehicle behind the Malibu, and it sped up and pulled into the driveway of a residence. The police followed the Malibu and initiated the patrol vehicle's overhead emergency lights. The front passenger of the Malibu got out of the car and ran away through the backyard of

the residence. As discussed in paragraph 10, police later arrested that person and identified him as John Norris.

6. The driver of the Malibu stayed in the car. Police contacted him and identified him using his identification. There was also a rear passenger, who remained in the car and provided police with his identification.

7. Police searched the driver's person. In his right coat pocket, police found a black Glock 17 magazine loaded with seventeen (17) live rounds of Federal Cartridge Company 9mm ammunition.

8. Troopers searched the area in front of the Malibu near a disabled red Chevrolet pickup truck which was parked in the driveway. Officers found a Glock 19, 9mm pistol with a machine gun conversion kit installed, loaded with one (1) live round of 9mm ammunition in the chamber and a magazine inserted in the firearm. Loose live rounds of live 9mm ammunition were recovered from the ground near the firearm and the magazine appeared to be damaged believed to be caused by it being thrown. A total of twenty (20) live rounds of 9mm ammunition were recovered in the damaged magazine and on the ground near it.

9. Nearby, officers also found a Glock 17, 9mm pistol with a machine gun conversion kit installed, loaded with one (1) live round of 9mm ammunition in the chamber, a magazine inserted in the firearm containing an additional seventeen (17) rounds of live 9mm ammunition. The rounds in the Glock 17 appeared similar

to the rounds recovered from the driver and were manufactured by the same company.

10. Later in the day, police responded to a tip that a man, matching the description of the Malibu passenger, had run from police and was at a residence in Flint. MSP troopers went to the residence and arrested Norris.

11. Officers advised Norris of his Miranda rights and spoke with him. Norris admitted to possessing the recovered Glock 19 pistol and possibly handling the recovered Glock 17 pistol. Norris stated he fled from the vehicle and threw the recovered Glock 19 pistol. Norris stated there was an extended magazine in the Glock 19 pistol he threw.

12. The Glock 19 pistol Norris admitted to possessing had an auto sear installed on it. The auto sear is a machine gun conversion kit and is commonly referred to as a switch" which references the ability of the firearm to switch from a semi-auto (discharges only one round with each individual trigger pull) to a machinegun making it capable of firing multiple rounds with a single trigger pull. The auto sear was affixed to the rear of the slide of the Glock 19 pistol and would have been plainly visible to anybody who possessed the Glock 19 pistol.

## CONCLUSION

13. Based upon the above information, probable cause exists to believe that John Norris, an individual under indictment for a crime punishable by

imprisonment for a term exceeding one year, illegally possessed a machine gun in violation of 18 U.S.C. § 922(o). This violation occurred on or about December 1, 2022, in the Eastern District of Michigan.

_____
Special Agent Todd Monfette
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or by reliable electronic means on this 14th day of February, 2023.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge